UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>          Plaintiffs,<br>v.<br>TERRANCE JOHANNSEN,<br>          Defendant. | Case No.: 07-cv-00676<br><br>Hon. J. P. Stadtmueller<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby **Ordered and Adjudged** that:

.Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Twelve Thousand Seven Hundred Fifty Dollars($12,750.00).

1. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Hundred Ninety Dollars ($690.00).

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "You Can Do It," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151);
- "If You Had My Love," on album "On The 6," by artist "Jennifer Lopez" (SR# 267-571);
- "Express Yourself," on album "Like a Prayer," by artist "Madonna" (SR# 106-808);
- "Into the Groove," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Dirty Diana," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "Where Do You Go," on album "No Mercy," by artist "No Mercy" (SR# 251-426);
- "The Flyest," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "Dance With Me," on album "Dance With Me," by artist "Debelah Morgan" (SR# 303-745);
- "Same Script, Different Cast," on album "Whitney The Greatest Hits," by artist "Whitney Houston" (SR# 284-891);

- "Ruff Ryders' Anthem," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "Any Time Any Place," on album "Janet," by artist "Janet Jackson" (SR# 174-392);
- "Big Girl," on album "Nastradamus," by artist "Nas" (SR# 276-132);
- "Who's That Girl?," on album "Scorpion," by artist "Eve" (SR# 293-364);
- "U Don't Have to Call," on album "8701," by artist "Usher" (SR# 307-207);
- "How Deep Is Your Love," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402).
- "Nas Is Like," on album "I Am," by artist "Nas" (SR# 175-149);
- "I Love You," on album "Emotion," by artist "Martina McBride" (SR# 269-161);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

2